UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-520

| | |
|---|---|
| UNITED STATES *ex rel.* CHAD HOWARD, M.D., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) **ORDER** ) |
| GOLDEN EAGLE, INC., d/b/a/ U.S. TELEMEDICINE, et al., | ) ) ) ) |
| Defendant. | ) ) |

The Relator Chad Howard, having filed a Notice of Voluntary Dismissal of this action and the United States having filed its Notice of Consent to Dismissal, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

**IT IS ORDERED THAT:**

1. This action is dismissed with prejudice as to Relator Chad Howard and without prejudice as to the United States;

2. All contents of the Court's docket in this action that are currently under seal shall remain under seal and not be made public unless otherwise ordered.

Signed: August 24, 2023



Max O. Cogburn Jr
United States District Judge

-1-